UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES LAVIN,

     Plaintiff,

v

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

     Defendant.

USDC Case No. 2:24-cv-11612
Hon.

Magistrate Judge

Wayne County Circuit Court
Case No. 24-007415-CK
Hon. Leslie Kim Smith

---

**ELIZABETH A. KING (P74979)**
**FABIAN, SKLAR, KING & LISS, P.C.**
Attorneys for Plaintiff
33450 W. Twelve Mile Road
Farmington Hills, MI 48331
(248) 579-1926
eking@fabiansklar.com

**CARY R. BERLIN (P64122)**
**AMY L. WILLE (P68360)**
**PATRICK, JOHNSON & MOTT, P.C.**
Attorneys for Defendant
70 Macomb Place, Suite 224
Mt. Clemens, Michigan 48043
(248) 356-8590
cberlin@pjmpc.com

---

## STATE FARM'S NOTICE OF REMOVAL

Defendant, State Farm Mutual Automobile Insurance Company ("State Farm"), through its attorneys, Patrick, Johnson & Mott, P.C., removes the above action from the Wayne County Circuit Court to this Court, pursuant to 28 U.S.C. §1446, based upon the following grounds:

1.    The above action was filed on May 21, 2024 in the Circuit Court for the County of Wayne, State of Michigan [Case No. 24-007415-CK] and is now pending in that Court. Process, consisting of the Summons and Complaint, was served upon State Farm's registered agent on May 28, 2024. (Copies of all process and pleadings served upon State Farm's registered agent are attached as **Exhibit "A;"** Proof of Delivery on State Farm's Registered Agent was served is attached as **Exhibit "B"**).

2.      State Farm is now, and was at the time of the commencement of this action, a corporation organized and existing under the laws of the State of Illinois, having its principal place of business located in the City of Bloomington, State of Illinois.

3.      State Farm is, therefore, a citizen of the State of Illinois, and is not a citizen or corporation of the State of Michigan.

4.      At all times material hereto, Plaintiff was a citizen and resident of Wayne County, Michigan, as evidenced by Paragraph 1 of his Complaint. (**Exhibit "A"**).

5.      This matter involves damages sustained to four vehicles (see Paragraphs 6 through 9 of the Complaint, **Exhibit "A"**), and a controversy exists between State Farm and the Plaintiff, and the amount of controversy in this action is no less than the sum of $370,000.00, as evidenced by the four (4) Affidavits of Vehicle Theft submitted by the Plaintiff in support of his claims (the amounts Plaintiff is seeking are set forth on the last page of each Affidavit, all four of which are attached as **Exhibit "C"**).

6.      This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332, due to the amount in controversy and the diversity of citizenship of the parties.

7.      State Farm is, therefore, entitled to remove the above action from the Wayne County Circuit Court to this Court pursuant to 28 U.S.C. § 1446(a).

Respectfully submitted,

**PATRICK, JOHNSON & MOTT, P.C.**

*s/ Cary R. Berlin*
Attorneys for Defendant
70 Macomb Place, Suite 224
Mt. Clemens, Michigan 48043
(248) 356-8590
cberlin@pjmpc.com
P64122

Date: June 20, 2024

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES LAVIN,

     Plaintiff,

v

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

     Defendant.

USDC Case No. 2:24-cv-11612
Hon.

Magistrate Judge

Wayne County Circuit Court
Case No. 24-007415-CK
Hon. Leslie Kim Smith

---

**ELIZABETH A. KING (P74979)**
**FABIAN, SKLAR, KING & LISS, P.C.**
Attorneys for Plaintiff
33450 W. Twelve Mile Road
Farmington Hills, MI 48331
(248) 579-1926
eking@fabiansklar.com

**CARY R. BERLIN (P64122)**
**AMY L. WILLE (P68360)**
**PATRICK, JOHNSON & MOTT, P.C.**
Attorneys for Defendant
70 Macomb Place, Suite 224
Mt. Clemens, Michigan 48043
(248) 356-8590
cberlin@pjmpc.com

---

## PROOF OF SERVICE

    The undersigned certifies that on June 20, 2024, my legal assistant, Courtney A. Pilibosian, served State Farm's Notice of Removal and this Proof of Service, by serving a copy via MiFile E-file and Serve program to the following:

ELIZABETH A. KING (P74979)
FABIAN, SKLAR, KING & LISS, P.C.
Attorneys for Plaintiff
33450 W. Twelve Mile Road
Farmington Hills, MI 48331

CLERK OF THE COURT
Wayne County Circuit Court
2 Woodward Avenue
Detroit, MI 48226

*s/ Cary R. Berlin*
PATRICK JOHNSON & MOTT, P.C.
Attorneys for Defendant
70 Macomb Place, Suite 224
Mt. Clemens, Michigan 48043
(248) 356-8590
cberlin@pjmpc.com
P64122

3

**EXHIBIT "A"**



**FABIAN
SKLAR
KING
& LISS**

THE PROPERTY INSURANCE,
EXPLOSION & FIRE INJURY ATTORNEYS

33450 West Twelve Mile Road
Farmington Hills, MI 48331-3350
Phone. 248.553.2000
Fax. 248.553.2020
**www.fabiansklar.com**

**ELIZABETH A. KING**
Attorney at Law
Direct Dial. 248.579.1926
eking@fabiansklar.com

May 23, 2024

<u>Sent via USPS Certified Mail - Return Receipt Requested</u>

State Farm Mutual Automobile Insurance Company
c/o RA CSC-Lawyers Incorp. Service Company
3410 Belle Chase Way, Ste. 600
Lansing, MI 48911

Re:   *Charles Lavin v. State Farm Mutual Automobile Insurance Company*
      Wayne County Circuit Court Case No.: 2024-007415-CK

To Whom It May Concern:

Please find enclosed Plaintiff, Charles Lavin's, Complaint and Jury Demand, filed in the Wayne County Circuit Court on May 21, 2024. Also enclosed is a copy of the Summons on the same matter.

Should you have any questions, please do not hesitate to contact my office.

Sincerely,

FABIAN, SKLAR, KING & LISS, P.C.

*/s/ Elizabeth A. King*

Elizabeth A. King
/arb

Enclosure

Original Court
1st Copy- Defendant
2nd Copy -Plaintiff
3rd Copy -Return

| STATE OF MICHIGAN THIRD JUDICIAL CIRCUIT WAYNE COUNTY | SUMMONS | CASE NO. 24-007415-CK Hon.Leslie Kim Smith |
|---|---|---|

Court telephone no.: 313-224-2427

| Plaintiff's name(s), address(es), and telephone no(s) Lavin, Charles | v | Defendant's name(s), address(es), and telephone no(s). State Farm Mutual Automobile Insurance Company |
|---|---|---|
| Plaintiff's attorney, bar no., address, and telephone no Elizabeth Anne King 74979 33450 W 12 Mile Rd Farmington Hills, MI 48331-3350 | | State Farm Mutual Automobile Insurance Company c/o RA CSC-Lawyers Incorp. Service Company 3410 Belle Chase Way, Ste. 600 Lansing, MI 48911 |

**Instructions:** Check the items below that apply to you and provide any required information. Submit this form to the court clerk along with your complaint and, if necessary, a case inventory addendum (form MC 21). The summons section will be completed by the court clerk.

**Domestic Relations Case**

☐ There are no pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

☐ There is one or more pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint. I have separately filed a completed confidential case inventory (form MC 21) listing those cases.

☐ It is unknown if there are pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

**Civil Case**

☐ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035

☐ MDHHS and a contracted health plan may have a right to recover expenses in this case. I certify that notice and a copy of the complaint will be provided to MDHHS and (if applicable) the contracted health plan in accordance with MCL 400.106(4).

☑ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.

☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in ☐ this court, ☐ _____ Court, where it was given case number _____ and assigned to Judge _____.

The action ☐ remains ☐ is no longer pending.

Summons section completed by court clerk.  | **SUMMONS** |

**NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:
1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons and a copy of the complaint to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside this state).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.
4. If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

| Issue date 5/21/2024 | Expiration date* 8/20/2024 | Court clerk Laverne Chapman |
|---|---|---|

Cathy M. Garrett- Wayne County Clerk.

*This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court.

MC 01 (3/23)          **SUMMONS**          MCR 1.109(D), MCR 2.102(B), MCR 2.103, MCR 2.104, MCR 2.105

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY WAYNE

CHARLES LAVIN,

             Plaintiff,

                                         Case No. 24-       CK

vs.                                          Hon.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

             Defendant.

_____/

Elizabeth A. King (P74979)
FABIAN, SKLAR, KING & LISS, P.C.
Attorneys for Plaintiff
33450 W. Twelve Mile Road
Farmington Hills, MI 48331
(248) 579-1926
eking@fabiansklar.com

_____/

**There is no other pending or resolved civil action arising out of
the transaction or occurrence alleged in the complaint.**

## COMPLAINT

      NOW COMES Plaintiff, CHARLES LAVIN, by and through his attorneys, FABIAN,

SKLAR, KING & LISS, P.C., and for his Complaint against Defendant, STATE FARM MUTUAL

AUTOMOBILE INSURANCE COMPANY, states unto this Honorable Court as follows:

      1.    Plaintiff, CHARLES LAVIN, resides in the City of Dearborn Heights, County of

Wayne, State of Michigan.

      2.    Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE

COMPANY, is an Illinois corporation licensed to conduct business in the State of Michigan, which

is doing business in the County of Wayne, State of Michigan.

      3.    The facts giving rise to this Complaint occurred in the City of Dearborn Heights,

24-007415-CK FILED IN MY OFFICE  Cathy M. Garrett  WAYNE COUNTY CLERK  5/21/2024 3:18 PM  Laverne Chapman

County of Wayne, State of Michigan.

4.     The amount in controversy between the parties exceeds the sum of Twenty-Five Thousand ($25,000.00) Dollars exclusive of costs and interest.

5.     The Court has jurisdiction over the parties and this matter, and venue is proper.

6.     At all relevant times, Defendant insured Plaintiff's 2015 Harley Davidson FLTRXS against direct, sudden, and accidental damage pursuant to policy number 522 9049-B08-22A, a copy of which is in Defendant's possession.

7.     At all relevant times, Defendant insured Plaintiff's 2016 Harley Davidson FLTRXS against direct, sudden, and accidental damage pursuant to policy number 515 3334-A07-22A, a copy of which is in Defendant's possession.

8.     At all relevant times, Defendant insured Plaintiff's 2017 Neo NCVF Trailer against direct, sudden, and accidental damage pursuant to policy number 648 2089-D06-22, a copy of which is in Defendant's possession.

9.     At all relevant times, Defendant insured Plaintiff's 2018 Land Rover Range Rover against direct, sudden, and accidental damage pursuant to policy number 710 3036-A02-22H, a copy of which is in Defendant's possession.

10.     On or about May 14, 2023, while the above-listed insurance policies ("the Policies") were in effect, Plaintiff's Harley-Davidson motorcycles, Neo NCVF Trailer, and Land Rover Range Rover were damaged by fire.

11.     Upon discovery, Plaintiff timely notified Defendant of the losses.

12.     Pursuant to the terms of the Policies, Plaintiff delivered satisfactory proofs of the facts and the amount of his losses to Defendant.

13.     On April 12, 2024, Defendant wrongfully denied coverage for Plaintiff's claims,

2

thereby materially breaching the parties' insurance contracts.

14.     As a direct and proximate result of Defendant's breaches of the parties' insurance contracts, Defendant remains indebted to Plaintiff for his insured losses, and for his incidental and consequential damages that were in the contemplation of the parties at the time the contracts were made, or which are the natural and usual consequences of a breach of a policy of property insurance, including, but not limited to, towing fees, storage fees, and/or debris removal fees.

15.     Pursuant to the parties' insurance contracts, Plaintiff demands that the amounts of loss and their actual cash value be set by appraisal.

16.     MCL 500.2006 provides for the addition of 12 percent interest on claims where the Defendant insurer has failed to make payment of the claims within 60 days of receiving satisfactory proof of loss.

17.     Pursuant to MCL 500.2006, Plaintiff is entitled to 12 percent interest on all amounts paid or owing under the subject policies of insurance that Defendant failed to timely pay.

WHEREFORE Plaintiff, CHARLES LAVIN, respectfully requests this Honorable Court enter a judgment in his favor and against Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, providing as follows:

A.     that a judgment of liability under the policies of insurance for the loss and damage caused by or resulting from the May 14, 2023 loss be entered in Plaintiff's favor and against Defendant;

B.     that the amounts of the loss shall be determined by appraisal pursuant to the parties' insurance contract;

C.     that judgments be entered for Plaintiff and against Defendant in the amounts of the appraisal awards;

D.     that the judgments award all incidental and consequential damages incurred by Plaintiff that were in the contemplation of the parties at the time the contracts were made, or which are the natural and foreseeable consequence of a breach of a property insurance contract;

3

E.      that Plaintiff be awarded penalty interest pursuant to MCL 500.2006 for all amounts Defendant failed to timely pay;

F.      that Plaintiff be awarded statutory interest, taxable costs and attorney fees to which he may be entitled; and

G.      that the judgments award such other relief as the Court deems just in equity and good conscience.

Respectfully submitted,

FABIAN, SKLAR, KING & LISS, P.C.

*/s/ Elizabeth A. King*

Elizabeth A. King (P74979)
Attorney for Plaintiff

Dated: May 21, 2024

4

24-007415-CK FILED IN MY OFFICE   WAYNE COUNTY CLERK   5/21/2024 3:18 PM   Cathy M. Garrett   Laverne Chapman

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY WAYNE

CHARLES LAVIN,

        Plaintiff,

vs.

                                      Case No. 24-      CK
                                      Hon.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

        Defendant.

_____/

Elizabeth A. King (P74979)
FABIAN, SKLAR, KING & LISS, P.C.
Attorneys for Plaintiff
33450 W. Twelve Mile Road
Farmington Hills, MI 48331
(248) 579-1926
eking@fabiansklar.com
_____/

## **DEMAND FOR JURY TRIAL**

      NOW COMES Plaintiff, CHARLES LAVIN, by and through his attorneys, FABIAN,

SKLAR, KING & LISS, P.C., and hereby demands a jury trial in the above-captioned cause of

action.

                        Respectfully submitted,

                        FABIAN, SKLAR, KING & LISS, P.C.

                        */s/ Elizabeth A. King*

                        _____
                        Elizabeth A. King (P74979)
                        Attorneys for Plaintiff

Dated: May 21, 2024




CERTIFIED MAIL

$9.44 0
US POSTAGE
FIRST-CLASS
062S0002277895
FROM 48331

Fabian, Sklar, King & Liss PC
33450 W. Twelve Mile Road
Farmington Hills, MI 48331

7016 2710 0000 7082 7259

# FIRST CLASS MAIL






State  Farm  Mutual  Automobile  Insurance
Company
c/o RA CSC-Lawyers Incorp. Service Company
3410 Belle Chase Way, Ste. 600
Lansing, MI 48911







**EXHIBIT "B"**

ALERT: FLOODING AND SEVERE WEATHER IN THE SOUTH, SOUTHEAST, AND CENTRAL U.S. ...

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

# 70162710000070827259

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item has been delivered and is available at a PO Box at 11:50 am on May 28, 2024 in LANSING, MI 48924.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, PO Box**

LANSING, MI 48924
May 28, 2024, 11:50 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Feedback

| Text & Email Updates | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

**EXHIBIT "C"**



**StateFarm®**

State Farm Mutual Automobile Insurance Company

# Affidavit of Vehicle Fire

Claim Number: 22-49Z5-88B
2018 Land Rover Range Rover

| 1. Name of Insured<br>Charles Lavin | Name of Owner Charles Lavin | | |
|---|---|---|---|
| Address<br>25565 Oakland Dr, Dearborn Hts, MI 48125-1011 | Home Phone<br>248-916-5945 | | |
| Date of Birth ███ /1/1969 | Marital Status<br>☐ Married   ☒ Single | Number of Dependents<br>0 | |
| Social Security Number ███ | Driver's License Number ███ | | |
| Address 25565 Oakland, Dearborn MI 48125 | Phone Number 248-916-5945 | | |
| 2. Date of Fire 05/14/23 | Time 4:00 ☒AM ☐PM | Make of Vehicle Land Rover | Year 2018 | Model Range Rover | Body Type SVO | Color Black |
| Vehicle ID Number SALGU2SEXJA515545 | License Plate Number | State MI | |
| Certificate of Title Number MI0014478814 | If none, why? | | |

| Number of Cylinders<br>8 | H.P. or C.I. or Liter | Odometer Reading<br>20,000 miles | Was vehicle locked?<br>☒Yes ☐ No | Were windows rolled up?<br>☒Yes ☐ No |
|---|---|---|---|---|
| When did you last see your vehicle?<br>0 | | Date 05/12/23 | Time 2:00 ☐ AM ☒PM | |

| Specific location where vehicle burned 150 Rio Villa, Punta Gorda FL 33950 |
|---|
| Reason vehicle was left at this location Storage |
| Name and address of person who left auto at this location<br>Charles Lavin - 25565 Oakland Dearborn, MI 48125 |

| Their Driver's License Number L150115429645 |
|---|

| When was the fire discovered?<br>05/14/23 | Date: 05/14/23 | Time 4:00 ☒AM ☐ PM |
|---|---|---|
| Who made the discovery? Police (local) | | |
| When was fire reported to Fire Department? 05/14/23 | Date 05/14/23 | Time 5:00 ☒AM ☐ PM |
| Name and Location of Fire Station | | |

| Describe fire (where, color of smoke, cause)   N/A   Was not there |
|---|
| Was vehicle being driven?   ☐ Yes ☒No |
| Describe exactly what happened prior to noticing smoke or fire (electrical or mechanical malfunction)   Was not there |

| Were you carrying a container of flammable liquid in the vehicle at the time of fire?   ☐ Yes ☒ No | If yes, give type of liquid | Amount of liquid |
|---|---|---|
| Size and type of container | Location of container at time of fire | |

2/17/2022

| | |
|---|---|
| Did you smell smoke or see flames first? | N/A was not there |
| Have you had similar problems prior to fire   ☐ Yes ☒ No | |
| If so, explain | |

| | |
|---|---|
| Has vehicle been damaged during the past three years? ☒ Yes ☐ No | If so, give location   Dearborn, MI |
| Type of damage   Windshield | Amount of damage $ 2,500    Date |
| Were repairs made?   ☒ Yes  ☐ No  ☐ Partial | If so, were they completed?   ☒ Yes  ☐ No |

Who made the repairs?   Bell Auto Glass

Name and address of insurance company who paid claim damages, if any
State Farm

| | |
|---|---|
| Any other claims in the last three years on this or any other vehicle | ☐ Yes  ☒ No |
| Any other vehicles in your household? | ☐ Yes  ☒ No |

Name of insurance company and agent on other vehicles   State Farm - Jeff Hulstead

Your prior insurance company and agent?   N/A

| | |
|---|---|
| Any homeowner's claims within the past 6 months with State Farm? | ☐ Yes  ☒ No |

With any other carrier?   NO

Was any equipment that is common to the use of the vehicle damaged or destroyed?   ☒ Yes  ☐ No

*Examples: Luggage carriers/Bicycle carriers, Accessory floor pads, Spare tires and wheels, Fire extinguishers for the vehicle, Tire chains, Dash Cams/Dashboard Cameras/Dashboard Video Cameras, Automatic Garage Door Opener, Child Passenger Restraint Systems, etc.*

**List all personal effects damaged:**

| Brand Name | Description of Item | Date of Purchase | Purchase Price | Name and Address of Store |
|---|---|---|---|---|
| N/A | Clothes | N/A | $ 2,000 | N/A |
| N/A | Shoes | | $ 1,000 | N/A |
| | | | $ | |
| | | | $ | |
| | | | $ | |
| | | | $ | |

2/17/2022

3. Vehicle Equipment (Check if vehicle had any of the following)

| POWER | SUNROOF | PAINT/GLASS | BUMPERS | OTHER | Other |
|---|---|---|---|---|---|
| ☒ Power Steering | ☐ Power Steel | ☐ Two-Tone | ☐ Rear Step | ☒ Cruise Control | ☐ Grille Guard |
| ☒ Power Brakes | ☒ Power Glass | ☐ Custom | ☐ Chrome | ☐ Tilt Wheel | ☒ Fog Lights |
| ☒ Power Locks | ☐ Manual Sliding | ☐ Graphics | ☐ Chrome Step | ☒ Rear Defrost | ☐ Winch |
| ☒ Power Windows | ☐ T-Top Glass | ☒ Tinted Glass | | ☒ Air Cond | ☐ Canopy |
| ☒ Power Mirrors | ☐ T-Top Solid | ☐ Privacy Glass | **WHEELS** | ☒ Dual Air Cond | ☐ Tool Box |
| ☐ Htd Pwr Mirrors | | | ☐ Wire | ☒ Anti-Lock Brakes | ☐ Hydraulic Liftgate |
| | **SEATS** | **ROOF** | ☐ Wire Whl Cvrs | ☒ Air Bag-Driver | ☐ Lift Kit |
| **RADIO/ALARM** | ☒ Power Driver | ☐ Vinyl | ☒ Alloy ☐ AM | ☒ Air Bag – Other: | ☐ 3 in ☐ 6 in |
| ☒ AM/FM Stereo | ☒ Pwr Driver/Pass | ☐ Landau | ☐ Chrome ☐ AM | ☒ Rear Wiper | ☐ 10 in |
| ☒ AM/FM Cass | ☒ Heated Front | ☐ Luggage Rack | ☐ Styled Steel | ☒ Rear Spoiler | ☐ Ground Effects |
| ☒ AM/FM Cass/CD | ☒ Heated F&R | ☐ Roll Bar | ☐ Chrome Alloy | ☒ Phone | ☐ Lowered |
| ☐ CD Player | ☐ Split Bench | ☐ Pwr Conv Top | ☐ Dual Rear | ☒ Remote Start | # of in: |
| ☐ CD Changer | ☐ Bucket | ☒ Hard Top | | ☒ Keyless Entry | ☐ Slide Rear Wndw |
| ☒ InDash Changer | ☐ Cloth/Velour | | **SUSPENSION/TOW** | ☒ Navigation Sys | ☐ Slide Steps |
| ☒ InDash | ☒ Leather | **CONVERSION VAN** | ☒ Towing Package | ☒ Entertainment Sys | ☐ Tubular Side Steps |
| Chpgr/Cass | ☐ Vinyl | ☐ Refrigerator | ☒ Trailer Hitch | ☒ OnStar/SOS | ☐ Running Boards |
| ☒ Satellite | ☐ Captain Chairs (2) | ☐ Television | ☒ HD Suspension | ☒ Auto Lock Hubs | ☐ Tinted Glass A/M |
| ☒ Alarm System | ☐ 4 ☐ 6 | ☐ Microwave | ☒ Stability Control | ☐ Man Lock Hubs | |
| ☐ MP 3 | | ☐ Full Pop-Top | ☒ Traction Control | | |
| ☐ Removed | | | | | |

4. Vehicle Condition

| CONDITIONING | | | | | |
|---|---|---|---|---|---|
| **INTERIOR** | | | | | |
| SEATS | ☒ Above Average | ☐ Average | ☐ Below Average | ☐ Add'l Comments | |
| CARPETS | ☒ Above Average | ☐ Average | ☐ Below Average | ☐ Add'l Comments | |
| DASH BOARD | ☒ Above Average | ☐ Average | ☐ Below Average | ☐ Add'l Comments | |
| HEADLINER | ☒ Above Average | ☐ Average | ☐ Below Average | ☐ Add'l Comments | |
| **EXTERIOR** | | | | | |
| SHEET METAL | ☒ Above Average | ☐ Average | ☐ Below Average | ☐ Add'l Comments | |
| TRIM | ☒ Above Average | ☐ Average | ☐ Below Average | ☐ Add'l Comments | |
| PAINT | ☒ Above Average | ☐ Average | ☐ Below Average | ☐ Add'l Comments | |
| Repainted ☐ Yes ☐ No | | | Date: | Cost: | |
| GLASS | ☒ Above Average | ☐ Average | ☐ Below Average | ☐ Add'l Comments | |
| **MECHANICAL** | | | | | |
| ENGINE | ☒ Above Average | ☐ Average | ☐ Below Average | ☐ Add'l Comments | |
| Rebuilt Engine ☐ Yes ☐ No | | | Miles on New/Rebuilt | | ☐ Cost |
| TRANS | ☒ Above Average | ☐ Average | ☐ Below Average | ☐ Add'l Comments | |
| Rebuilt Trans: ☐ Yes ☐ No | | | Miles on New/Rebuilt: | | ☐ Cost |
| OTHER MECHANICAL RECEIPTS ☐ Desc/$: | | | Date work done/Part(s): | | |
| **TIRES** | | | | | |
| FRONT | ☒ Above Average | ☐ Average | ☐ Below Average | ☐ Add'l Comments | |
| New Tires: ☐ Yes ☐ No | | | Date: | Cost | |
| REAR | ☐ Above Average | ☐ Average | ☐ Below Average | ☐ Add'l Comments | |
| New Tires: ☒ Yes ☐ No | | | Date: | Cost: | |
| GEN'L COMMENTS: | | | | | |

2/17/2022

| 5. Name and address of service station/garage | | | | | |
|---|---|---|---|---|---|
| Who performs routine maintenance service? | | | Date last serviced | | |
| Who performs State MV inspection? | | | Date last inspected | | |
| 6. Date car purchased: ☐ New ☐ Used: | | | Purchase Price $ | | |
| Trade-in | | | Allowance | | |
| Seller Dealer/Individual Name and Address | | | | How did you learn the car was for sale? | |
| How was the car paid for? ☐ Cash ☒ Check | If financed, Name and Phone Number of Lienholder | | | | Account Number |
| Balance Due $ | Loan Terms | Months | Date of last loan payment made | Is account past due? ☐ No ☐ Yes   How long? | |
| Are keys in your possession? ☐ Yes ☐ No | | Ignition key number: | | Trunk key number: | |
| Do you have other theft insurance ☐ Yes ☒ No | | | If yes, policy number | | |
| Name of insurance company | | | | | |
| Was this a rebuilt wreck? ☐ Yes ☒ No | | If yes, name of rebuilder | | | |
| Was it a recovered theft? ☐ Yes ☒ No | | If yes, date of theft | | | |
| 7. Amount for which you are making claim  $ | | $140,000 | | | |

Are the answers you have given true to the best of your knowledge and belief?

I am presenting a claim for damages that resulted from a fire to my vehicle as described in the Affidavit of Vehicle Fire and Claim Report.

Click here to enter text.

By signing this document, I hereby attest, under penalty of perjury, that the information contained herein is true to the best of my knowledge.

Policyholder: _____   Date: 04/25/23
(Signature)

Address: 25565 Oakland dr, Dearborn MI 48125



State Farm Mutual Automobile Insurance Company

# Affidavit of Vehicle Fire

Claim Number: 22-49Z5-98V
2016 Harley-Davidson

| 1. Name of Insured<br>Charles Lavin | Name of Owner Charles Lavin |
|---|---|
| Address<br>25565 Oakland Dr, Dearborn Hts, MI 48125-1011 | Home Phone<br>248-916-5945 |

| Date of Birth ▇▇ 1969 | Marital Status<br>☐ Married  ☒ Single | Number of Dependents 0 |
|---|---|---|

| Social Security Number ▇▇▇ | Driver's License Number ▇▇▇ |
|---|---|

| Address 25565 Oaklan, Dearborn MI 48125 | Phone Number 248-916-5941 |
|---|---|

| 2. Date of Fire 05/14/23 | Time 4:00 ☒AM ☐PM | Make of Vehicle Har Davidsun | Year 2016 | Model FLTRXJ | Body Type Motor cycle | Color Mult |
|---|---|---|---|---|---|---|

| Vehicle ID Number 1HD1KTM11GB63T809 | License Plate Number 3PNOJ | State MI |
|---|---|---|

| Certificate of Title Number 3TOE246029 F | If none, why? |
|---|---|

| Number of Cylinders 2 | H.P. or C.I. or Liter | Odometer Reading 2800 | Was vehicle locked? ☒Yes ☐ No | Were windows rolled up? ☒Yes ☐ No |
|---|---|---|---|---|

| When did you last see your vehicle? 0 | Date 05/12/23 | Time ☐ AM ☒ PM 2:00 |
|---|---|---|

| Specific location where vehicle burned 150 Rio Villa, Punta Gorda FL 33450 |
|---|

| Reason vehicle was left at this location  Storage |
|---|

| Name and address of person who left auto at this location<br>Charles Lavin - 25565 oakland, Dearborn MI, 48121 |
|---|

| Their Driver's License Number L150115429645 |
|---|

| When was the fire discovered? 05/14/23 | Date: 05/14/23 | Time 4:00 ☒AM ☐ PM |
|---|---|---|

| Who made the discovery? Police (lowll) |
|---|

| When was fire reported to Fire Department? | Date 05/14/23 | Time 5:00 ☒AM ☐ PM |
|---|---|---|

| Name and Location of Fire Station |
|---|

| Describe fire (where, color of smoke, cause)  Was not there |
|---|

| Was vehicle being driven? ☐ Yes ☒ No |
|---|

| Describe exactly what happened prior to noticing smoke or fire (electrical or mechanical malfunction)  Was not there |
|---|

| Were you carrying a container of flammable liquid in the vehicle at the time of fire? ☐ Yes ☒ No | If yes, give type of liquid | Amount of liquid |
|---|---|---|
| Size and type of container | Location of container at time of fire | |

2/17/2022

| | |
|---|---|
| Did you smell smoke or see flames first? | _Was not there_ |

| | |
|---|---|
| Have you had similar problems prior to fire ☐ Yes ☒ No | |

If so, explain

| | | |
|---|---|---|
| Has vehicle been damaged during the past three years? ☐ Yes ☒ No | If so, give location | |
| Type of damage | Amount of damage $ | Date |
| Were repairs made?  ☐ Yes  ☐ No  ☐ Partial | If so, were they completed?  ☐ Yes  ☐ No | |

Who made the repairs?

Name and address of insurance company who paid claim damages, if any

| | |
|---|---|
| Any other claims in the last three years on this or any other vehicle | ☒ Yes  ☐ No |
| Any other vehicles in your household? | ☒ Yes  ☐ No |

| | |
|---|---|
| Name of insurance company and agent on other vehicles | _State Farm - Jeff Hilsterend_ |

| | |
|---|---|
| Your prior insurance company and agent? | _N/A_ |

| | |
|---|---|
| Any homeowner's claims within the past 6 months with State Farm? | ☐ Yes  ☒ No |

With any other carrier?

Was any equipment that is common to the use of the vehicle damaged or destroyed?   ☒ Yes  ☒ No

*Examples: Luggage carriers/Bicycle carriers, Accessory floor pads, Spare tires and wheels, Fire extinguishers for the vehicle, Tire chains, Dash Cams/Dashboard Cameras/Dashboard Video Cameras, Automatic Garage Door Opener, Child Passenger Restraint Systems, etc.*

**List all personal effects damaged:**

| Brand Name | Description of Item | Date of Purchase | Purchase Price | Name and Address of Store |
|---|---|---|---|---|
| | | | $ | |
| | | | $ | |
| | | | $ | |
| | | | $ | |
| | | | $ | |
| | | | $ | |

2/17/2022

3. Vehicle Equipment (Check if vehicle had any of the following)

| POWER | SUNROOF | PAINT/GLASS | BUMPERS | OTHER | Other |
|---|---|---|---|---|---|
| ☐ Power Steering | ☐ Power Steel | ☐ Two-Tone | ☐ Rear Step | ☒ Cruise Control | ☐ Grille Guard |
| ☒ Power Brakes | ☐ Power Glass | ☒ Custom | ☐ Chrome | ☒ Tilt Wheel | ☒ Fog Lights |
| ☐ Power Locks | ☐ Manual Sliding | ☐ Graphics | ☐ Chrome Step | ☐ Rear Defrost | ☐ Winch |
| ☐ Power Windows | ☐ T-Top Glass | ☐ Tinted Glass | | ☐ Air Cond | ☐ Canopy |
| ☐ Power Mirrors | ☐ T-Top Solid | ☐ Privacy Glass | **WHEELS** | ☐ Dual Air Cond | ☐ Bed Liner |
| ☐ Htd Pwr Mirrors | | | ☐ Wire | ☐ Anti-Lock Brakes | ☐ Tool Box |
| | **SEATS** | **ROOF** | ☐ Wire Whl Cvrs | ☐ Air Bag-Driver | ☐ Hydraulic Liftgate |
| **RADIO/ALARM** | ☐ Power Driver | ☐ Vinyl | ☐ Alloy ☐ AM | ☐ Air Bag – Other: | ☐ Lift Kit |
| ☒ AM/FM Stereo | ☐ Pwr Driver/Pass | ☐ Landau | ☐ Chrome ☐ AM | ☐ Rear Wiper | ☐ 3 in ☐ 6 in |
| ☒ AM/FM Cass | ☐ Heated Front | ☐ Luggage Rack | ☐ Styled Steel | ☐ Rear Spoiler | ☐ 10 in |
| ☒ AM/FM Cass/CD | ☐ Heated F&R | ☐ Roll Bar | ☒ Chrome Alloy | ☐ Phone | ☐ Ground Effects |
| ☐ CD Player | ☐ Split Bench | ☐ Pwr Conv Top | ☐ Dual Rear | ☐ Remote Start | ☐ Lowered |
| ☐ CD Changer | ☐ Bucket | ☐ Hard Top | | ☐ Keyless Entry | # of in: |
| ☐ InDash Changer | ☐ Cloth/Velour | | **SUSPENSION/TOW** | ☒ Navigation Sys | ☐ Slide Rear Wndw |
| ☒ InDash | ☒ Leather | **CONVERSION VAN** | ☐ Towing Package | ☒ Entertainment Sys | ☐ Slide Steps |
| Chngr/Cass | ☐ Vinyl | ☐ Refrigerator | ☐ Trailer Hitch | ☒ OnStar/SOS | ☐ Tubular Side Steps |
| ☐ Satellite | ☐ Captain Chairs (2) | ☐ Television | ☐ HD Suspension | ☐ Auto Lock Hubs | ☐ Running Boards |
| ☒ Alarm System | ☐ 4  ☐ 6 | ☐ Microwave | ☐ Stability Control | ☐ Man Lock Hubs | ☐ Tinted Glass A/M |
| ☐ MP 3 | | ☐ Full Pop-Top | ☐ Traction Control | | |
| ☐ Removed | | | | | |

4. Vehicle Condition

| CONDITIONING | | | | |
|---|---|---|---|---|
| **INTERIOR** | | | | |
| SEATS | ☒ Above Average | ☐ Average | ☐ Below Average | ☐ Add'l Comments |
| CARPETS | ☒ Above Average | ☐ Average | ☐ Below Average | ☐ Add'l Comments |
| DASH BOARD | ☒ Above Average | ☐ Average | ☐ Below Average | ☐ Add'l Comments |
| HEADLINER | ☒ Above Average | ☐ Average | ☐ Below Average | ☐ Add'l Comments |
| **EXTERIOR** | | | | |
| SHEET METAL | ☒ Above Average | ☐ Average | ☐ Below Average | ☐ Add'l Comments |
| TRIM | ☒ Above Average | ☐ Average | ☐ Below Average | ☐ Add'l Comments |
| PAINT | ☒ Above Average | ☐ Average | ☐ Below Average | ☐ Add'l Comments |
| Repainted ☐ Yes ☐ No | | | Date: | Cost: |
| GLASS | ☒ Above Average | ☐ Average | ☐ Below Average | ☐ Add'l Comments |
| **MECHANICAL** | | | | |
| ENGINE | ☒ Above Average | ☐ Average | ☐ Below Average | ☐ Add'l Comments |
| Rebuilt Engine: ☐ Yes ☐ No | | | Miles on New/Rebuilt | ☐ Cost |
| TRANS | ☒ Above Average | ☐ Average | ☐ Below Average | ☐ Add'l Comments |
| Rebuilt Trans: ☐ Yes ☐ No | | | Miles on New/Rebuilt: | ☐ Cost |
| OTHER MECHANICAL RECEIPTS ☐ Desc/$: | | | Date work done/Part(s): | |
| **TIRES** | | | | |
| FRONT | ☒ Above Average | ☐ Average | ☐ Below Average | ☐ Add'l Comments |
| New Tires: ☒ Yes ☐ No | | | Date: | Cost |
| REAR | ☒ Above Average | ☐ Average | ☐ Below Average | ☐ Add'l Comments |
| New Tires: ☐ Yes ☐ No | | | Date: | Cost: |
| **GEN'L COMMENTS:** | | | | |

2/17/2022

| 5. Name and address of service station/garage | | | | Self | | | |
|---|---|---|---|---|---|---|---|
| Who performs routine maintenance service? Self | | | | Date last serviced Nov, 2022 | | | |
| Who performs State MV inspection? Never | | | | Date last inspected | | | |
| 6. Date car purchased: ☐ New ☒ Used: | | | | Purchase Price $ 69,000 | | | |
| Trade-in | | | | Allowance | | | |
| Seller Dealer/Individual Name and Address N/A | | | | How did you learn the car was for sale? Online | | | |
| How was the car paid for? ☐ Cash ☒ Check | If financed, Name and Phone Number of Lienholder | | | | | | Account Number |
| Balance Due $ | Loan Terms | Months | Date of last loan payment made | | Is account past due? ☐ No ☐ Yes  How long? | | |
| Are keys in your possession? ☐ Yes ☒ No | | Ignition key number: N/A | | | Trunk key number: N/A | | |
| Do you have other theft insurance ☐ Yes ☒ No | | | If yes, policy number | | | | |
| Name of insurance company | | | | | | | |
| Was this a rebuilt wreck? ☐ Yes ☒ No | | | If yes, name of rebuilder | | | | |
| Was it a recovered theft? ☐ Yes ☒ No | | | If yes, date of theft | | | | |
| 7. Amount for which you are making claim $ $40,000 | | | | | | | |

Are the answers you have given true to the best of your knowledge and belief?

I am presenting a claim for damages that resulted from a fire to my vehicle as described in the Affidavit of Vehicle Fire and Claim Report.

Click here to enter text.

By signing this document, I hereby attest, under penalty of perjury, that the information contained herein is true to the best of my knowledge.

Policyholder: _____   Date: 09/25/23
                        (Signature)
Address: 25562 Oakland, Dearborn MI 48120



**StateFarm**

State Farm Mutual Automobile Insurance Company

# Affidavit of Vehicle Fire

Claim Number: 22-49Z6-02V
2015 Harley-Davidson

| 1. Name of Insured<br>Charles Lavin | Name of Owner Charles Lavin |
|---|---|
| Address<br>25565 Oakland Dr, Dearborn Hts, MI 48125-1011 | Home Phone<br>248-916-5945 |

| Date of Birth ☒AM 1969 | Marital Status<br>☐ Married ☒Single | Number of Dependents ○ |
|---|---|---|

| Social Security Number | Driver's License Number |
|---|---|

| Address 25565 Oaklant, Dearborn MI 4812 | Phone Number 248-916-5945 |
|---|---|

| 2. Date of Fire 05/14/23 | Time 4:00 ☒AM ☐PM | Make of Vehicle Har Davidson | Year 2015 | Model FLTRXS | Body Type Motorcycle | Color Wut... |
|---|---|---|---|---|---|---|

| Vehicle ID Number 1HD1KTM12FB610738 | License Plate Number 3PN03 | State MI |
|---|---|---|

| Certificate of Title Number 350E2410052 | If none, why? |
|---|---|

| Number of Cylinders 2 | H.P. or C.I. or Liter | Odometer Reading 3200 | Was vehicle locked? ☒Yes ☐ No | Were windows rolled up? ☐ Yes ☐ No |
|---|---|---|---|---|

| When did you last see your vehicle? ○ | Date 05 | Time ☐ AM ☐ PM |
|---|---|---|

| Specific location where vehicle burned 50 Rio Villa, Punta Gorda, FL 33950 |
|---|

| Reason vehicle was left at this location Storage |
|---|

| Name and address of person who left auto at this location<br>Charles Lavin - 25565 Oaklad, Dearbor MI 48125 |
|---|

| Their Driver's License Number L150115429645 |
|---|

| When was the fire discovered? 05/14/23 | Date: 05/14/23 | Time ☒AM ☐ PM 4:00 |
|---|---|---|

| Who made the discovery? Police (local) |
|---|

| When was fire reported to Fire Department? 05/14/23 | Date 05/14/23 | Time ☒AM ☐ PM 5:00 |
|---|---|---|

| Name and Location of Fire Station |
|---|

| Describe fire (where, color of smoke, cause) Was not there |
|---|

| Was vehicle being driven? ☐ Yes ☒ No |
|---|

| Describe exactly what happened prior to noticing smoke or fire (electrical or mechanical malfunction) Was not Here |
|---|

| Were you carrying a container of flammable liquid in the vehicle at the time of fire? ☐ Yes ☒No | If yes, give type of liquid | Amount of liquid |
|---|---|---|

| Size and type of container | Location of container at time of fire |
|---|---|

2/17/2022

| Did you smell smoke or see flames first? *Was not there* | | |
|---|---|---|
| Have you had similar problems prior to fire  ☐ Yes  ☒ No | | |
| If so, explain | | |
| Has vehicle been damaged during the past three years?  ☐ Yes  ☒ No | If so, give location | |
| Type of damage | Amount of damage $ | Date |
| Were repairs made?  ☐ Yes  ☐ No  ☐ Partial | If so, were they completed?  ☐ Yes  ☐ No | |
| Who made the repairs? | | |
| Name and address of insurance company who paid claim damages, if any | | |
| Any other claims in the last three years on this or any other vehicle  ☐ Yes  ☐ No | | |
| Any other vehicles in your household?  ☐ Yes  ☐ No | | |
| Name of insurance company and agent on other vehicles *State Farm – Jeff Halstead* | | |
| Your prior insurance company and agent? *N/A* | | |
| Any homeowner's claims within the past 6 months with State Farm?  ☐ Yes  ☒ No | | |
| With any other carrier? | | |
| Was any equipment that is common to the use of the vehicle damaged or destroyed?  ☐ Yes  ☒ No  *Examples: Luggage carriers/Bicycle carriers, Accessory floor pads, Spare tires and wheels, Fire extinguishers for the vehicle, Tire chains, Dash Cams/Dashboard Cameras/Dashboard Video Cameras, Automatic Garage Door Opener, Child Passenger Restraint Systems, etc.* | | |

**List all personal effects damaged:**

| Brand Name | Description of Item | Date of Purchase | Purchase Price | Name and Address of Store |
|---|---|---|---|---|
| | | | $ | |
| | | | $ | |
| | | | $ | |
| | | | $ | |
| | | | $ | |
| | | | $ | |

3. Vehicle Equipment (Check if vehicle had any of the following)

| POWER | SUNROOF | PAINT/GLASS | BUMPERS | OTHER | Other |
|---|---|---|---|---|---|
| ☐ Power Steering | ☐ Power Steel | ☐ Two-Tone | ☐ Rear Step | ☒ Cruise Control | ☐ Grille Guard |
| ☒ Power Brakes | ☐ Power Glass | ☒ Custom | ☐ Chrome | ☒ Tilt Wheel | ☒ Fog Lights |
| ☐ Power Locks | ☐ Manual Sliding | ☐ Graphics | ☐ Chrome Step | ☐ Rear Defrost | ☐ Winch |
| ☐ Power Windows | ☐ T-Top Glass | ☐ Tinted Glass | | ☐ Air Cond | ☐ Canopy |
| ☐ Power Mirrors | ☐ T-Top Solid | ☐ Privacy Glass | **WHEELS** | ☐ Dual Air Cond | ☐ Bed Liner |
| ☐ Htd Pwr Mirrors | | | ☐ Wire | ☐ Anti-Lock Brakes | ☐ Tool Box |
| | **SEATS** | **ROOF** | ☐ Wire Whl Cvrs | ☐ Air Bag-Driver | ☐ Hydraulic Liftgate |
| **RADIO/ALARM** | ☐ Power Driver | ☐ Vinyl | ☐ Alloy ☐ AM | ☐ Air Bag – Other: | ☐ Lift Kit |
| ☒ AM/FM Stereo | ☐ Pwr Driver/Pass | ☐ Landau | ☐ Chrome ☐ AM | ☐ Rear Wiper | ☐ 3 in ☐ 6 in |
| ☒ AM/FM Cass | ☐ Heated Front | ☐ Luggage Rack | ☒ Styled Steel | ☐ Rear Spoiler | ☐ 10 in |
| ☒ AM/FM Cass/CD | ☐ Heated F&R | ☐ Roll Bar | ☒ Chrome Alloy | ☐ Phone | ☐ Ground Effects |
| ☐ CD Player | ☐ Split Bench | ☐ Pwr Conv Top | ☐ Dual Rear | ☐ Remote Start | ☐ Lowered |
| ☐ CD Changer | ☐ Bucket | ☐ Hard Top | | ☐ Keyless Entry | # of in: |
| ☐ InDash Changer | ☐ Cloth/Velour | | **SUSPENSION/TOW** | ☒ Navigation Sys | ☐ Slide Rear Wndw |
| ☒ InDash | ☒ Leather | **CONVERSION VAN** | ☐ Towing Package | ☒ Entertainment Sys | ☐ Slide Steps |
| Chngr/Cass | ☐ Vinyl | ☐ Refrigerator | ☐ Trailer Hitch | ☐ OnStar/SOS | ☐ Tubular Side Steps |
| ☐ Satellite | ☐ Captain Chairs (2) | ☐ Television | ☐ HD Suspension | ☐ Auto Lock Hubs | ☐ Running Boards |
| ☒ Alarm System | ☐ 4 ☐ 6 | ☐ Microwave | ☐ Stability Control | ☐ Man Lock Hubs | ☐ Tinted Glass A/M |
| ☐ MP 3 | | ☐ Full Pop-Top | ☐ Traction Control | | |
| ☐ Removed | | | | | |

4. Vehicle Condition

| CONDITIONING | | | | |
|---|---|---|---|---|
| **INTERIOR** | | | | |
| SEATS | ☒ Above Average | ☐ Average | ☐ Below Average | ☐ Add'l Comments |
| CARPETS | ☒ Above Average | ☐ Average | ☐ Below Average | ☐ Add'l Comments |
| DASH BOARD | ☒ Above Average | ☐ Average | ☐ Below Average | ☐ Add'l Comments |
| HEADLINER | ☒ Above Average | ☐ Average | ☐ Below Average | ☐ Add'l Comments |
| **EXTERIOR** | | | | |
| SHEET METAL | ☒ Above Average | ☐ Average | ☐ Below Average | ☐ Add'l Comments |
| TRIM | ☒ Above Average | ☐ Average | ☐ Below Average | ☐ Add'l Comments |
| PAINT | ☒ Above Average | ☐ Average | ☐ Below Average | ☐ Add'l Comments |
| Repainted ☐ Yes ☐ No | | | Date: | Cost: |
| GLASS | ☒ Above Average | ☐ Average | ☐ Below Average | ☐ Add'l Comments |
| **MECHANICAL** | | | | |
| ENGINE | ☒ Above Average | ☐ Average | ☐ Below Average | ☐ Add'l Comments |

| Rebuilt Engine: ☐ Yes ☐ No | | Miles on New/Rebuilt | ☐ Cost |
|---|---|---|---|
| TRANS | ☒ Above Average ☐ Average ☐ Below Average | ☐ Add'l Comments | |
| Rebuilt Trans: ☐ Yes ☐ No | | Miles on New/Rebuilt: | ☐ Cost |
| OTHER MECHANICAL RECEIPTS ☐ Desc/$: | | Date work done/Part(s): | |

| **TIRES** | | | | |
|---|---|---|---|---|
| FRONT | ☒ Above Average | ☐ Average | ☐ Below Average | ☐ Add'l Comments |
| New Tires: ☐ Yes ☐ No | | | Date: | Cost |
| REAR | ☒ Above Average | ☐ Average | ☐ Below Average | ☐ Add'l Comments |
| New Tires: ☐ Yes ☐ No | | | Date: | Cost: |
| **GEN'L COMMENTS:** | | | | |

| 5. Name and address of service station/garage _Self_ | | | | | |
|---|---|---|---|---|---|
| Who performs routine maintenance service? _Self_ | | | Date last serviced _Nov, 2022_ | | |
| Who performs State MV inspection? _Never_ | | | Date last inspected _____ | | |
| 6. Date car purchased:  ☐ New  ☒ Used: | | | Purchase Price $ _70,000_ | | |
| Trade-in | | | Allowance | | |
| Seller Dealer/Individual Name and Address _E-Bomto Begger - Illnis_ | | | | How did you learn the car was for sale? _online_ | |
| How was the car paid for?  ☐ Cash  ☐ Check _N/A_ | If financed, Name and Phone Number of Lienholder | | | | Account Number |
| Balance Due $ | Loan Terms | Months | Date of last loan payment made | Is account past due? ☐ No ☐ Yes   How long? | |
| Are keys in your possession? ☐ Yes ☐ No | | Ignition key number: | | Trunk key number: | |
| Do you have other theft insurance  ☐ Yes  ☒ No | | | If yes, policy number | | |
| Name of insurance company | | | | | |
| Was this a rebuilt wreck? ☐ Yes ☒ No | | | If yes, name of rebuilder | | |
| Was it a recovered theft? ☐ Yes ☒ No | | | If yes, date of theft | | |
| 7. Amount for which you are making claim  $ _100,000_ | | | | | |

Are the answers you have given true to the best of your knowledge and belief?

I am presenting a claim for damages that resulted from a fire to my vehicle as described in the Affidavit of Vehicle Fire and Claim Report.

Click here to enter text.

By signing this document, I hereby attest, under penalty of perjury, that the information contained herein is true to the best of my knowledge.

Policyholder: _____ Date: _09/25/23_
(Signature)

Address: _25565 Oakland Sr, Dearborn, MI 48125_

**State Farm®**

State Farm Mutual Automobile Insurance Company

# Affidavit of Trailer Fire

**Claim Number: 22-49Z5-94Z**
**2017 Neo NCVF Trailer**

| Name of Insured Charles Lavin | Name of Owner Charls Lavn |
|---|---|
| Address 25565 Oakland Dr Dearborn Hts MI 48125-1011 | Home Phone (248) 808-8481 |
| Date of Birth ___ 1464   Marital Status  ☐ Married  ☒ Single | Number of Dependents  0 |
| Social Security Number | Driver's License Number |
| Occupation | Employer's Name |
| Address 25565 Oaklart dr, dulen MI 4812  Phone Number  248-916-5445 | |
| Date of Fire  05/14/23   Time 4:60  ☒ AM  ☐ PM | |

**Trailer Description**

| Year 2017 | Make NEO | Model _____ | License Plate Number | Expiration Date | State MI |
|---|---|---|---|---|---|
| VIN  54BNC33257H313244 | | Exterior Color | | Interior Color | |

| ☐ Fifth Wheel | ☐ Gooseneck | ☐ Utility | Dimensions |
|---|---|---|---|
| ☐ Motorcycle Trailer | ☐ Bicycle Trailer | ☐ Haz Mat Trailer | Width 8.5 Length 30 Height 7 f+ |
| ☒ Enclosed/Box | ☐ Livestock | ☐ Semi-Trailer | Ramp ☒ Yes ☐ No  Type Rear cur/front v-nc |
| ☐ Boat Trailer | ☐ Solar Trailer | ☐ Other _____ | Tongue Lock ☐ Yes ☐ No |

| Tire Manufacturer N/A | Number of Tires  5 | Size N/A | Percentage of Wear LF: 10% LR 10% RF 0% RR 10% SP 10% |
|---|---|---|---|

| Load / Rating  ☐ ½ Ton ☐ ¾ Ton ☐ 1 Ton | Type of Sides |
|---|---|
| Was trailer locked?  ☒ Yes ☐ No | Were windows closed?  ☒ Yes ☐ No |

| Date you last saw your trailer? | Date 05/12/23 | Time 2:00  ☐ AM  ☒ PM |
|---|---|---|

| Specific location where trailer burned  150 Rio Villa, Punta Gorda FL 33950 |
|---|

| Reason trailer was left at this location  Storage |
|---|

| Name and address of person who left trailer at this location Charles Lavn -25565 Oaklad Dcenbourn MI 4812r | Driver's License Number L500115429645 |
|---|---|
| When was the fire discovered? | Date 05/14/23 | Time 4:00  ☒ AM  ☐ PM |

| Who made the discovery?  Police (loal) |
|---|

| When was the fire reported to fire department? | Date 05/14/23 | Time 5:00  ☒ AM  ☐ PM |
|---|---|---|

| Name and Location of Fire Station |
|---|

Describe fire (where, color of smoke, cause) *Was not present*

Was trailer in use or being towed? *NO*

Describe exactly what happened prior to noticing smoke or fire (electrical or mechanical malfunction) *Was not there*

Were you carrying a container of flammable liquid in the trailer at the time of the fire? ☐ Yes ☒ No

If Yes, give type of liquid | Amount of liquid

Size and type of container | Location of container at time of fire

Did you smell smoke or see flames first? *No, was not present*

Have you had similar problems prior to fire? ☐ Yes ☒ No

If Yes, explain

Has trailer been damaged during the past three years? ☐ Yes ☒ No

If so, give location

| Type of damage | Amount of damage $ | Date |

Were repairs made? ☐ Yes ☐ No

Who made the repairs?

Name and address of insurance company who paid claim damages, if any

Any other claims in the last three years on this or any other trailer? ☐ Yes ☒ No

Any other trailers in your household? ☐ Yes ☒ No

Name of insurance company and agent on other trailers

Your prior insurance company and agent *N/A*

Any homeowner's claims within the past six months with State Farm? ☐ Yes ☒ No

With any other carrier?

---

| Radio | ☐ OEM | ☐ Non-OEM | Brand | Model Number |
| Cellular phone | ☐ OEM | ☐ Non-OEM | Brand | Model Number |
| Paint | ☒ Original | ☐ Repaint (+/-) $ | | |

## Vehicle Equipment

**Trailer Description Utility**
- ☐ Boat
- ☐ Car Hauler (Enclosed)
- ☐ Car Hauler (Flatbed)
- ☐ Enclosed Utility
- ☐ Flatbed/Stake bed
- ☐ Landscaping
- ☒ Motorcycle (Rail Type)
- ☐ Personal Watercraft
- ☐ Snowmobile/ATV
- ☐ Tilt Deck
- ☐ V-Deck

**Hitch Type**
- ☑ Bumper Pull
- ☐ Gooseneck
- ☐ King Pin
- ☐ Pintle

**Livestock/Horse**
- ☐ Stock Trailer (Open Sides)
- ☐ Stock/Horse Combination
- ☐ Horse Trailer
  (Enclosed Sides)
  Number of Horses _____
  Load Type ☐ Slant ☐ Straight
- ☐ Dividers
- ☐ Dressing Room
- ☐ Feed Managers
- ☐ Hay Rack
- ☐ Living Quarters
  Manufacturer _____
- ☐ Rubber Mats
- ☐ Saddle Rack
- ☐ Tack Room

**Construction Frame**
- ☒ Aluminum
- ☐ Frameless
- ☐ Steel

**Deck**
- ☒ Aluminum
- ☒ Diamond Plate
- ☐ Expanded Steel Mesh
- ☐ Steel
- ☒ Steel Rail
- ☒ Wood

**Sides/Roof**
- ☒ Aluminum
- ☐ FRP
- ☒ Painted
- ☐ Steel
- ☐ Side Rails
  Height _____ inches
- ☐ Steel
- ☐ Wood

**Superstructure**
- ☒ Aluminum
- ☐ FRP
- ☐ Steel
- ☐ Wood

**Door Types**
- ☒ Curbside
- ☒ Ramp Rear Door
- ☒ Roadside
- ☒ Roll Up Rear Door
- ☒ Swing Open Rear Door
  Front – V-Nose
  camp door

**Semi**
- ☐ Curtain Side
- ☐ Enclosed/Dry Van
- ☐ Flatbed
- ☐ Sheep/Hog Trailer
- ☐ Refrigerated
  Make _____
  Model _____
- ☐ Walking Floor
- ☐ Lift gate

- ☐ **Dump**
  - ☐ Belly Dump
  - ☐ End Dump
  - ☐ Side Dump
  - ☐ Air Dump Gate
  - ☐ Heated
  - ☐ Liner: ☐ Plastic ☐ Steel

- ☐ **Tanker**
  Number of Gallons _____
  Pump Manufacturer _____

- ☐ **Code**
  - ☐ Food Grade
  - ☐ Fuel
  - ☐ Water
  - Other _____

- ☐ **Snowmobile**
  Load Type
  - ☐ Enclosed
  - ☐ Flatbed
  - ☐ Flatbed with Cap
  - ☐ Slush Guard
  - ☐ Tie-Downs
  - ☐ V-Nose

**Miscellaneous**
- ☐ **Brakes**
  - ☐ Air
  - ☒ Electric
  - ☒ Surge
- ☐ **Suspension**
  - ☐ Air
  - ☐ Spring
  - ☒ Torsion
- ☐ **Ramp**
  - ☐ Detachable
  - ☒ Fold Up
  - ☐ Pull Out
  - ☒ Aluminum Wheels
  - ☒ Cabinets
  - ☒ Custom Wheels
  - ☒ Electronic Hook Ups
  - ☒ Fenders
  - ☒ Interior Lighting
  - ☒ Roof Vent
  - ☒ Shelving
  - ☐ Sliding Axle
  - ☒ Spare Tire
  - ☐ Steel Wheels
  - ☒ Stone Guard
  - ☒ Tie-Downs
  - ☒ Tongue Jack
  - ☒ Tool Box Number of __4__
  - ☐ Translucent Roof
  - ☒ Work Bench

## Condition

| If Above Average or Below Average is selected, provide additional details and dollar amount below. | Above Average | Average | Below Average |
|---|---|---|---|
| Interior | ☒ | ☐ | ☐ |
| Exterior | ☒ | ☐ | ☐ |
| Front Axel Tires | ☒ | ☐ | ☐ |
| Rear Axle Tires | ☒ | ☐ | ☐ |

In comments please indicate if vehicle is total loss, where the point of impact is, and gross estimate amount.

**General Comments** (to appear as text, no adjustments):

Fire, total loss

Also, roof top AC, exterior lighting

**Pre-Loss Condition** (Explain if other than average condition for year, make, and model trailer)

| Interior | | Above Average | Average | Below Average |
|---|---|---|---|---|
| Floor | | ☒ | ☐ | ☐ |
| Ceiling | | ☒ | ☐ | ☐ |
| Glass | | ☒ | ☐ | ☐ |
| Wall | | ☒ | ☐ | ☐ |
| Other | | ☒ | ☐ | ☐ |
| **Exterior** | | Above Average | Average | Below Average |
| Sheet Metal | | ☒ | ☐ | ☐ |
| Paint | | ☒ | ☐ | ☐ |
| Trim | | ☒ | ☐ | ☐ |

| | | |
|---|---|---|
| Prior Damage: ☐ Yes ☒ No | Estimate Written: ☐ Yes ☒ No | Amount: $ |
| Overall Condition ☒ Above Average ☐ Average ☐ Below Average | | |
| Inspected by | Date | |
| Name and address of service station/garage          Self | | |
| Who performs routine maintenance service?          Self | Date last serviced | |
| Who performs State MV inspection?          Never | Date last Inspected | |
| Date trailer purchased ☒ New ☐ Used | Purchased price $ 30,000 | Trade-in allowance $ |
| Seller/Dealer/Individual Name and Address          NEO Manufacuring | | |
| How did you learn the trailer was for sale?          Order New | | |
| How was the trailer paid for?          ☐ Cash ☒ Check | | |
| If financed, name and address of finance company | | |
| Account Number | Balance Due $ | Loan Terms | Months |
| Is account past due          ☐ Yes ☐ No | How long | |
| Are keys in your possession          ☒ Yes ☐ No | Ignition key number N/A | Trunk key number N/A |
| Do you have other trailer insurance?          ☐ Yes ☒ No | Policy number | |
| Name of Insurance Company | | |
| Was this a rebuilt wreck? ☐ Yes ☒ No | If Yes, name of rebuilder | |
| Amount for which you are making claim $ 40,000.00 – to replace | | |

Are the answers you have given true to the best of your knowledge and belief? ☐ Yes ☐ No

I am presenting a claim for damages that resulted from a fire to my trailer as described in the Affidavit of Vehicle Fire and Claim Report.

**Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or an application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.**

By signing this document, I hereby attest, under penalty of perjury, that the information contained herein is true to the best of my knowledge.

Policyholder: _____ Date: _____ 04/25/23 _____

Address: _____ 25865 Oakland dr, Dearborn MI 48125 _____